MINNETTA PATTERSON, Respondent, v. LEO GAMBORG, Appellant. MORRIS LINKER, Defendant.— Order directing defendant Gamborg to submit to

---

* Verdict was for $3,500 in action to recover for personal injuries while automobile passenger.— [REP.

examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.